Thursday, February 2, 2017

No. 17–0133/AR. U.S. v. Paul E. Thomas. CCA 20150269. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGES CELTNIEKS AND BURTON, JUDGES ON THE COURT OF MILITARY COMMISSION REVIEW, WERE STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF THEY WERE STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER THEIR SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN THEIR NEWLY ATTAINED STATUS AS PRINCIPAL OFFICERS.

No briefs will be filed under Rule 25.

No. 17–0160/AR. U.S. v. Steven M. Tucker. CCA 20150634. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT ERRED IN HOLDING THAT THE TERM "DISORDERS AND NEGLECTS" STATES A NEGLIGENCE STANDARD FOR MENTAL CULPABILITY UNDER ARTICLE 134, UCMJ, WHICH PRECLUDES APPLICATION OF *UNITED STATES v. ELONIS*.

Briefs will be filed under Rule 25.

No. 17–0037/AF. U.S. v. Cory D. Phillips. CCA S38771. Appellant's motion to extend time to file a brief granted to February 7, 2017.

No. 17–0084/AR. U.S. v. James N. Costigan. CCA 20150052. Appellant's motion to extend time to file a brief granted to March 3, 2017.

No. 17–0162/NA. U.S. v. Keith Barry. CCA 201500064. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to February 10,